UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PHILLIP ANTHONY BINGHAM,

Petitioner,

v.

DAVID BREWER,

Respondent.

No. 2:22-cv-02235-TLN-EFB

**ORDER**

Petitioner is a federal prisoner proceeding without counsel in this petition for writ of habeas corpus brought under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 31, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.[1]

///

///

---

[1] Although it appears from the file that Petitioner's copy of the findings and recommendations was returned, Petitioner was properly served. It is Petitioner's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 31, 2023 (ECF No. 8), are ADOPTED IN FULL;

2. This action is DISMISSED and all pending motions are DENIED as moot;

3. The Clerk is directed to close the case; and

4. The Court declines to issue a certificate of appealability.

Date: June 20, 2023

_____
Troy L. Nunley
United States District Judge